IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AARON CORBIN MAZIE,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-CV-4543** |
| | : | |
| **UNITED STATES,** *et al.*, | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 25th day of August, 2025, upon consideration of Plaintiff Aaron Corbin Mazie's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF No. 2), "Emergency Motion to Compel Enforcement of Judgment" (ECF No. 3), "Supplemental Emergency Motion to Compel Immediate Enforcement of Default Judgment" (ECF No. 7), "Motion to Expedite Decision on *In Forma Pauperis* Application" (ECF No. 8), and "Motion for Issuance of Writ of Execution (Fieri Facias)" (ECF No. 9), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Clerk of Court is **DIRECTED** to mark Mazie's Complaint (ECF No. 2) as "case participant view only," because he has included personal identifying information in the filing.

4. The Complaint is **DISMISSED WITH PREJUDICE AND WITHOUT PREJUDICE** for the reasons in the Court's Memorandum as follows:

　　a. The constitutional claims asserted against the United States, FEMA, NOAA, and the United States Attorney General are **DISMISSED WITH**

       **PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

   b. The action is otherwise **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

5. Mazie's "Emergency Motion to Compel Enforcement of Judgment" (ECF No. 3), "Supplemental Emergency Motion to Compel Immediate Enforcement of Default Judgment" (ECF No. 7), "Motion to Expedite Decision on *In Forma Pauperis* Application" (ECF No. 8), and "Motion for Issuance of Writ of Execution (Fieri Facias)" (ECF No. 9), are **DENIED**.

6. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                  **BY THE COURT:**

                              /s/ Juan R. Sánchez
                              **JUAN R. SÁNCHEZ, J.**